# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FORD MOTOR CREDIT COMPANY,**
    APPELLANT,

v.  Case No. 06C1324

**JOSEPH MICHAEL TURKOWITCH and
CAROL JEAN TURKOWITCH,**
    APPELLEES.

## ORDER

On May 18, 2007, I ordered the parties to address the effect that dismissal of the underlying bankruptcy petition had on my jurisdiction over the present appeal. By letter of June 7, 2007, appellant responded, conceding that the issue on appeal is entirely dependent on the existence of the underlying bankruptcy case and that dismissal of the case moots the issue. Appellees did not filed a response. Given appellant's submission, I must dismiss the present appeal for lack of jurisdiction. Matter of Statistical Tabulating Corp., 60 F.3d 1286, 1289 (7th Cir. 1995).

    **SO ORDERED** at Milwaukee, Wisconsin, this 9 day of July 2007.

/s_____
LYNN ADELMAN
District Judge